UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No: 3:11-CR-119(01)RM |
| ) | |
| PATRICK R. OSZUSCIK ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 18, 2012 [Doc. No. 30]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Patrick Oszuscik's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2252(a)(2).

SO ORDERED.

ENTERED: <u>February 8, 2012</u>

<u>  /s/ Robert L. Miller, Jr.  </u>
Judge
United States District Court